# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**AZCHA MOODY**                                                                    **PLAINTIFF**

**v.**                                            **No. 4:23-cv-463-DPM**

**EXPERIAN INFORMATION**
**SOLUTIONS**                                                              **DEFENDANT**

### ORDER

1.     Moody's motion to dismiss, *Doc. 3*, is granted. Fed. R. Civ. P. 41(a).   Her complaint will be dismissed without prejudice.

2.     Moody's motion for leave to proceed *in forma pauperis*, *Doc. 1*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023