IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AZCHA MOODY                                               PLAINTIFF

v.                       No. 4:23-cv-463-DPM

EXPERIAN INFORMATION
SOLUTIONS                                                DEFENDANT

## JUDGMENT

Moody's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 June 2023